```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ALLISON ZIMRI,                         :
                                       :
            Plaintiff,                 :   CIVIL ACTION
                                       :
    v.                                 :   No. 10-04086
                                       :
ASSET ACCEPTANCE CAPITAL CORP.,        :
                                       :
            Defendant.                 :
```

**ORDER**

AND NOW, this    21st    day of October, 2010, upon consideration of the parties' Stipulation of Dismissal (ECF No. 5), it is hereby ORDERED that the Stipulation is APPROVED and the above-captioned action is DISMISSED with prejudice pursuant to Local Rule of Civil Procedure 41.1(b), without costs, and pursuant to the agreement of the parties.

                                BY THE COURT:


                                s/J. Curtis Joyner
                                J. CURTIS JOYNER, J.